Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff, Mark D. Scott

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark D. Scott,<br><br>    Plaintiff,<br><br>        v.<br><br>RPS Worldwide Inc.,<br><br>    Defendant. | Case No.: 10-cv-00097-DGC<br><br>**VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Mark D. Scott, by and through her attorneys, Krohn & Moss, Ltd., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: July 29, 2010                                        KROHN & MOSS, LTD.


                                                            By:/s/ Ryan Lee
                                                                Ryan Lee
                                                                Attorneys for Plaintiff
                                                                Mark D. Scott

**PROOF OF SERVICE**

I, Sana Z. Zaidi, state the following: I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025. On July 29, 2010, I served the following documents:

**VOLUNTARY DISMISSAL**

On the parties listed below:

RPS Worldwide                                           Defendant
1311 Indiana Avenue
St Cloud FL 34769

By the following means of service:

[ ]   **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[ ]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]   **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on July 29, 2010, at Los Angeles, California.

By:_____
      Sana Z. Zaidi